**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kevin A. Ashby,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Minnesota Board on Judicial Standards,<br><br>　　　　　Defendant. | Civil No. 08-4691 (RHK/AJB)<br><br>**DISQUALIFICATION AND**<br>**ORDER FOR REASSIGNMENT** |

　　　The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

　　　**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

　　　**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 15, 2008

　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　United States District Judge